1  RICHARD J. ALEXANDER-79698
   LAW OFFICES OF RICHARD J. ALEXANDER
2  201 West Richmond Avenue, Suite 3
   Pt. Richmond, CA  94801
3  510-232-9100

4  Attorney for Plaintiffs

5

6                UNITED STATES DISTRICT COURT

7                NORTHERN DISTRICT OF CALIFORNIA

8                       CIVIL DIVISION

9

10 SRM MARINA INVESTORS, LLC., a      ) Case No.: C-07 2624
   California limited partnership,    )
11                                    ) IN ADMIRALTY
                                      )
12         Plaintiff,                 )
      vs.                             ) ORDER TO ISSUE WARRANT
13                                    ) FOR ARREST OF VESSEL
   THE VESSEL "Morgana", her          )
14 engines, boats, tackle, apparel,   )
   furniture and cargo, No. 1061789,  )
15                                    )
          Defendant.                  )
16                                    )
                                      )
17 _____

18     A Complaint to Enforce a Maritime Lien having been filed on

19 5/17/2007, against the defendant vessel, "Morgana", Documentation

20 No. 1061789.

21     IT IS HEREBY ORDERED THAT:

22
       1.   The Clerk of the United States District court issue
23
   forthwith a Warrant for the Arrest of the Vessel "Morgana", her
24
   engines, boats, tackle, apparel, furniture and cargo, which vessel is
25

ORDER TO ISSUE WARRANT - 1

currently under the custody of Marina Village Yacht Harbor at 1030 Marina Village Parkway, Alameda, CA 94501.

Dated: 5/30/07

_____
UNITED STATES DISTRICT COURT JUDGE

MARIA-ELENA JAMES
UNITED STATES MAGISTRATE JUDGE

ORDER TO ISSUE WARRANT - 2

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SRM MARINA INVESTORS,

    Plaintiff,

v.

THE VESSEL 'MORGANA' et al,

    Defendant.
_____/

Case Number: CV07-02624 MEJ

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 30, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Richard J. Alexander
Richard Alexander Law Offices
201 West Richmond Avenue
Suite 3
Point Richmond, CA 94801

Dated: May 30, 2007

                                      Richard W. Wieking, Clerk
                                      By: Brenda Tolbert, Deputy Clerk