

1  RICHARD J. ALEXANDER-79698
   LAW OFFICES OF RICHARD J. ALEXANDER
2  201 West Richmond Avenue, Suite 3
   Pt. Richmond, CA  94801
3  510-232-9100

4  Attorney for Plaintiffs

5

6                  UNITED STATES DISTRICT COURT

7                  NORTHERN DISTRICT OF CALIFORNIA

8                        CIVIL DIVISION

9

10 SRM MARINA INVESTORS, LLC., a    )  Case No.: C-07  2624
   California limited partnership,  )
11                                  )  IN ADMIRALTY
                                    )
12         Plaintiff,                )
        vs.                         )  ORDER TO ISSUE WARRANT
13                                  )  FOR ARREST OF VESSEL
   THE VESSEL "Morgana", her        )
14 engines, boats, tackle, apparel, )
   furniture and cargo, No. 1061789,)
15                                  )
           Defendant.                )
16                                  )
                                    )
17 _____

18     A Complaint to Enforce a Maritime Lien having been filed on
19 5/17/2007, against the defendant vessel, "Morgana", Documentation
20 No. 1061789.

21     IT IS HEREBY ORDERED THAT:

22     1.  The Clerk of the United States District court issue
23 forthwith a Warrant for the Arrest of the Vessel "Morgana", her
24 engines, boats, tackle, apparel, furniture and cargo, which vessel is
25

ORDER TO ISSUE WARRANT - 1

currently under the custody of Marina Village Yacht Harbor at 1030 Marina Village Parkway, Alameda, CA 94501.

Dated: 5/30/07

_____
UNITED STATES DISTRICT COURT JUDGE

MARIA-ELENA JAMES
UNITED STATES MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SRM MARINA INVESTORS,

    Plaintiff,

v.

THE VESSEL 'MORGANA' et al,

    Defendant.
_____/

Case Number: CV07-02624 MEJ

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 30, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Richard J. Alexander
Richard Alexander Law Offices
201 West Richmond Avenue
Suite 3
Point Richmond, CA 94801

Dated: May 30, 2007

                                        Richard W. Wieking, Clerk
                                        By: Brenda Tolbert, Deputy Clerk