1  RICHARD J. ALEXANDER-79698
   LAW OFFICES OF RICHARD J. ALEXANDER
2  201 West Richmond Avenue, Suite 3
   Pt. Richmond, CA  94801
3  510-232-9100

4  Attorney for Plaintiffs

5

6                    UNITED STATES DISTRICT COURT

7                   NORTHERN DISTRICT OF CALIFORNIA

8                           CIVIL DIVISION

9

10 SRM MARINA INVESTORS, LLC., a        ) Case No.:
   California limited partnership,      )
11                                      ) IN ADMIRALTY
                                        )
12          Plaintiff,                  )
        vs.                             ) ORDER APPOINTING ALAN WEAVER,
13                                      ) HARBORMASTER OF MARINA VILLAGE
   THE VESSEL "Morgana", her            ) YACHT HARBOR, AS SUBSTITUTE
14 engines, boats, tackle, apparel,     ) CUSTODIAN
   furniture and cargo, No. 1061789,    )
15                                      )
            Defendant.                  )
16                                      )
                                        )
17 _____)

18     IT IS ORDERED that the United States Marshal for the Northern

19 District of California be and is hereby authorized and directed to

20 forthwith surrender possession of the vessel "Morgana" to Alan

21 Weaver, harbormaster of Marina Village Yacht Harbor, who is hereby

22 appointed the custodian of said vessel and is to move and retain said

23 vessel in his custody at Marina Village Yacht Harbor or such other

24 place within the jurisdictional limits of this District as said

25

ORDER APPOINTING SUBSTITUTE CUSTODIAN - 1

1  substitute custodian determines pursuant to said Warrant for arrest
2  until further order of this Court.
3      IT IS FURTHER ORDERED that upon such surrender the Marshal shall
4  be discharged of his duties and responsibilities for the safekeeping
5  of said vessel.
6  Dated: 5/30/07

_____
UNITED STATES DISTRICT COURT JUDGE
MARIA-ELENA JAMES
UNITED STATES MAGISTRATE JUDGE

ORDER APPOINTING SUBSTITUTE CUSTODIAN - 2

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SRM MARINA INVESTORS,

        Plaintiff,

v.

THE VESSEL 'MORGANA' et al,

        Defendant.
_____/

Case Number: CV07-02624 MEJ

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 30, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Richard J. Alexander
Richard Alexander Law Offices
201 West Richmond Avenue
Suite 3
Point Richmond, CA 94801

Dated: May 30, 2007

                              Richard W. Wieking, Clerk
                              By: Brenda Tolbert, Deputy Clerk