1  RICHARD J. ALEXANDER-79698
   LAW OFFICES OF RICHARD J. ALEXANDER
2  201 West Richmond Avenue, Suite 3
   Pt. Richmond, CA  94801
3  510-232-9100

4  Attorney for Plaintiffs

   RECEIVED
   MAY 17 2007
   RICHARD W. WIEKING
   CLERK U.S. DISTRICT COURT
   NORTHERN DISTRICT OF CALIFOR

   E-filing

            UNITED STATES DISTRICT COURT
            NORTHERN DISTRICT OF CALIFORNIA
                    CIVIL DIVISION

   SRM MARINA INVESTORS, LLC., a   )  Case No. C 07 2624 MEJ
   California limited partnership, )
                                   )  IN ADMIRALTY
            Plaintiff,             )
       vs.                         )  WARRANT FOR ARREST OF VESSEL
                                   )
   THE VESSEL "Morgana", her       )
   engines, boats, tackle, apparel,)
   furniture and cargo, No. 1061789,)
                                   )
            Defendant.             )
                                   )
   _____)

        The President of the United States of America:

   TO:  The Marshal of the United States for the Northern District of California – GREETINGS:

        WHEREAS, a Complaint To Enforce Maritime Lien has been filed in the United States District Court for the Northern District of California on  5-17-2007 , by SRM Marina Investors, LLC., against the vessel "Morgana", Documentation Number 1061789, her engines, boats, tackle, apparel, furniture and cargo, in a cause of contract,

                    WARRANT FOR ARREST OF VESSEL - 1

1  civil and maritime, in which the amount demanded is $3,094.51 plus
2  legal interest, attorneys' fees and costs of suit for the reasons and
3  causes in said Court demanded, and that all persons interested in
4  said vessel, her engines, boats, tackle, apparel, furniture and
5  cargo, may be cited in general and special to answer the premises,
6  and all proceedings being had that said vessel, her engines, boats,
7  tackle, apparel, furniture and cargo, may for the causes in said
8  Complaint mentioned, be condemned and sold to pay the demands of the
9  plaintiff.
10
11     YOU ARE, THEREFORE, HEREBY COMMANDED to arrest said vessel, her
12  engines, boats, tackle, apparel, furniture and cargo, to evict or put
13  ashore all parties found thereon, and to retain the same in your
14  custody until further order of the Court respecting the same.
15     Upon completion of attachment, make your return thereof,
16  together with this writ.
17  Dated: 5/30/07

**Brenda Tolbert**
CLERK OF THE COURT

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SRM MARINA INVESTORS,<br><br>    Plaintiff,<br><br>v.<br><br>THE VESSEL 'MORGANA' et al,<br><br>    Defendant.<br>_____/ | Case Number: CV07-02624 MEJ<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 30, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Richard J. Alexander
Richard Alexander Law Offices
201 West Richmond Avenue
Suite 3
Point Richmond, CA 94801

Dated: May 30, 2007

                                                  Richard W. Wieking, Clerk
                                                By: Brenda Tolbert, Deputy Clerk