1 | **RICHARD J. ALEXANDER-79698**
**LAW OFFICES OF RICHARD J. ALEXANDER**
2 | **201 West Richmond Avenue, Suite 3**
**Pt. Richmond, CA  94801**
3 | **510-232-9100**

4 | **Attorney for Plaintiffs**

E-filing

5 | **RECEIVED**

6 | **UNITED STATES DISTRICT COURT**

**MAY 1 7 2007**

7 | **NORTHERN DISTRICT OF CALIFORNIA**

**RICHARD W. WIEKING**
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFOR
8 | **CIVIL DIVISION**

9 |

10 | **SRM MARINA INVESTORS, LLC., a**
**California limited partnership,**

**Case No. C07 2624 MEJ**

11 | ) **IN ADMIRALTY**

**Plaintiff,**
12 | **vs.**

) **WARRANT FOR ARREST OF VESSEL**

13 | **THE VESSEL "Morgana", her**
14 | **engines, boats, tackle, apparel,**
**furniture and cargo, No. 1061789,**

15 | **Defendant.**

16 |

17 |

18 | The President of the United States of America:

19 | TO:  The Marshal of the United States for the Northern District of

20 | California – GREETINGS:

21 | WHEREAS, a Complaint To Enforce Maritime Lien has been filed in

22 | the  United  States  District  Court  for  the  Northern  District  of

23 | California on   5-17-2007  , by SRM Marina Investors, LLC., against

24 | the  vessel  "Morgana",  Documentation  Number  1061789,  her  engines,

25 | boats,  tackle,  apparel,  furniture  and  cargo,  in  a  cause  of  contract,

1   civil and maritime, in which the amount demanded is $3,094.51 plus
2   legal interest, attorneys' fees and costs of suit for the reasons and
3   causes in said Court demanded, and that all persons interested   in
4   said vessel, her engines, boats, tackle, apparel, furniture and
5   cargo, may be cited in general and special to answer the premises,
6   and all proceedings being had that said vessel, her engines, boats,
7   tackle, apparel, furniture and cargo, may for the causes in said
8   Complaint mentioned, be condemned and sold to pay the demands of the
9   plaintiff.
10
11          YOU ARE, THEREFORE, HEREBY COMMANDED to arrest said vessel, her
12   engines, boats, tackle, apparel, furniture and cargo, to evict or put
13   ashore all parties found thereon, and to retain the same in your
14   custody until further order of the Court respecting the same.
15          Upon   completion  of   attachment,  make  your  return  thereof,
16   together with this writ.
17          Dated: 5/30/07
18
19                                    **Brenda Tolbert**
20                                    _____
                                      CLERK OF THE COURT
21
22
23
24
25

# UNITED STATES DISTRICT COURT

## FOR THE

## NORTHERN DISTRICT OF CALIFORNIA

SRM MARINA INVESTORS,

Plaintiff,

v.

THE VESSEL 'MORGANA' et al,

Defendant.

_____/

Case Number: CV07-02624 MEJ

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 30, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Richard J. Alexander
Richard Alexander Law Offices
201 West Richmond Avenue
Suite 3
Point Richmond, CA 94801

Dated: May 30, 2007

Richard W. Wieking, Clerk
By: Brenda Tolbert, Deputy Clerk