**United States District Court**
For the Northern District of California

1
2
3
4
5
6                    IN THE UNITED STATES DISTRICT COURT
7
                   FOR THE NORTHERN DISTRICT OF CALIFORNIA
8
9
10  SRM MARINA INVESTORS                    NO. CV 07-02624 MEJ

11           Plaintiff,                     **CLERK'S NOTICE RE: FAILURE
       v.                                   TO FILE ELECTRONICALLY
12                                          AND/OR REGISTER AS AN E-
                                            FILER**
13  THE VESSEL "MORGANA"
             Defendant.
14  _____/

15
    On 5/17/07, counsel for SRM Marina Investors LLC filed a Complaint and supporting documents
16
    manually, on paper. This case has been designated for electronic filing, pursuant to Local Rule 5-4 and
17
    General Order 45.
18

19
    The above mentioned paper document has been filed and docketed. However, General Order 45
20
    provides at Section III that cases assigned to judges who participate in the e-filing program "shall be
21
    presumptively designated" as e-filing cases. Therefore, counsel for Plaintiff should submit the
22
    Complaint and supporting documents, in PDF format within 10 days, as an attachment in an *e-mail*
23
    message directed to the judges chamber's "PDF" email box listed at http://ecf.cand.uscourts.gov. (Click
24
    on the **Judges** button and follow the procedure listed there). Do *not* e-file a document which has been
25
    previously filed on paper, as is the case with the above mentioned filing. All subsequent papers should
26
    be e-filed.
27
28

Further, General Order 45 provides at Section IV (A) that "Each attorney of record is obligated to become an ECF User and be assigned a user ID and password for access to the system upon designation of the action as being subject to ECF." Counsel in this case who have not yet registered as ECF Users must do so immediately. Forms and instructions for registering can be found on the Court's Web site at ecf.cand.uscourts.gov.

Dated: May 31, 2007                             <u>Gloria Acevedo</u>
                                                Deputy Clerk
                                                To Magistrate Maria-Elena James