1  RICHARD J. ALEXANDER-79698
   LAW OFFICES OF RICHARD J. ALEXANDER
2  201 West Richmond Avenue, Suite 3
   Pt. Richmond, CA  94801
3  510-232-9100

4  Attorney for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CIVIL DIVISION

| | |
|---|---|
| SRM MARINA INVESTORS, LLC., a California limited partnership, | ) Case No.: C07-2624 MEJ<br>)<br>) IN ADMIRALTY |
| Plaintiff,<br>vs. | )<br>) NOTICE OF DISMISSAL<br>) OF CASE AND CLAIM |
| THE VESSEL "Morgana", her engines, boats, tackle, apparel, furniture and cargo, No. 1061789,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>) |

   Plaintiff, through its attorney, Richard J. Alexander, hereby notifies the court of plaintiff's dismissal, with prejudice, of the maritime claim herein based on the following:

   1.   The claim previously owed to plaintiff by the defendant vessel "Morgana" has been paid in full, including attorneys fees and costs.

NOTICE OF DISMISSAL OF CASE AND CLAIM - 1

2.  Plaintiff by separate correspondence to the United States Marshal for this district has authorized the release of the vessel forthwith.

3.  Plaintiff is informed and believes and thereon declares that all necessary costs of the U.S. Marshal have been paid in full.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: June 14, 2007

                                                         //SS//
                                        RICHARD J. ALEXANDER
                                        Attorney for Plaintiff