USM-285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.

Case 3:07-cv-02624-MEJ   Document 13   Filed 07/03/2007   Page 1 of 3

**U.S. Department of Justice**
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See "Instructions for Service of Process by U.S. Marshal"

| | | |
|---|---|---|
| PLAINTIFF | SRM MARINA INVESTORS, LLC., a California limited partnership | COURT CASE NUMBER C07-2624 |
| DEFENDANT | THE VESSEL "Morgana", her engines, boats, tackle, apparel, furniture & cargo, #1061789 | TYPE OF PROCESS ARREST VESSEL |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
The Vessel "Morgana" at Marina Village Yacht Harbor
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
1030 Marina Village Parkway, Alameda, CA 94501

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Richard J. Alexander
Law Offices of Richard J. Alexander
201 West Richmond Avenue, Suite 3
Pt. Richmond, CA 94801

Number of process to be served with this Form 285: 5
Number of parties to be served in this case:
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

The Vessel "Morgana" is located in Berth B-46 at Marina Village Yacht Harbor.

Signature of Attorney other Originator requesting service on behalf of: [X] PLAINTIFF [ ] DEFENDANT
TELEPHONE NUMBER: 510-232-9100
DATE: 5/16/07

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY— DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated.
Total Process: 1
District of Origin No. 11
District to Serve No. 11
Signature of Authorized USMS Deputy or Clerk
Date: 5/31/07

[X] I hereby certify and return that I have personally served, [ ] have legal evidence of service, [ ] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above): Clark Alan W____ - HARBOR MASTER

Date: 06/06/07    Time: 11:35 [X] am [ ] pm
Signature of U.S. Marshal or Deputy

Service Fee: 0180 00
Total Mileage Charges including endeavors: 45 00
Advance Deposits: $2,000 00

REMARKS: 1 Deputy x 4 hrs

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00

# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

SRM MARINA INVESTORS, LLC., a
California limited partnership

v.

THE VESSEL "Morgana", her
engines, boats, tackle, apparel,
furniture and cargo, No. 1061789

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: **MEJ**

**C 07 2624**

TO: (Name and address of defendant)

The Vessel "Morgana"
c/o Marina Village Yacht Harbor
1030 Marina Village Parkway, Berth B-46
Alameda, CA 94501

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Richard J. Alexander
Law Offices of Richard J. Alexander
201 West Richmond Avenue, Suite 3
Pt. Richmond, CA 94801
510-232-9100

an answer to the complaint which is herewith served upon you, within ___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

_(signature)_
(BY) DEPUTY CLERK

MAY 1 7 2007
DATE _____



**U.S. Department of Justice**

*United States Marshals Service*

*Northern District of California*

---

P.O. Box 36056
450 Golden Gate Ave.,
San Francisco, Ca 94102

RETURN ON WARRANT OF ARREST <u>IN REM</u>

```
SRM MARINA INVESTORS, LLC.,)
                           )
        Plaintiff          )
                           )
           vs              )
                           )
The Vessel, Morgana        )
        No. 1061789        )
                           )
        Defendant          )    Case No. C07-2624 MEJ
```

    I hereby certify and return that I received the attached warrant on _____5/31/2007_____, and on ___6/6/2007_____ I executed same by arresting the defendant vessel.

    Per order of the Court, the defendant vessel has been placed in the custody of the appointed Substitute Custodian.

Dated: 6/6/2007

                                  FEDERICO L. ROCHA
                                  UNITED STATES MARSHAL

                       By: _____
                            Deputy U.S. Marshal